**Order entered October 9, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01557-CV

### CRAIG PATRICK POWER, Appellant

### V.

### BRADEN RICHARD POWER, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14415**

## ORDER

Before the Court is appellant's October 8, 2020 unopposed motion for second extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 13, 2020.

/s/    BILL WHITEHILL
       JUSTICE